**Form NTCFTFC7**

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Marie A. Cahill
5620 Laurel Avenue
La Grange Highlands, IL 60525
SSN: xxx−xx−7002 EIN: N.A.

Case No. : 16−01529
Chapter : 7
Judge : Pamela S. Hollis

---

Debtor's Attorney:
Patrick A Meszaros
Law Offices Of Patrick A Meszaros
1100 W. Jefferson Street
Joliet, IL 60435

815 722−4001

Trustee:
David P Leibowitz ESQ
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085−4232

847−249−9100

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *January 19, 2016* .

1. *August 10, 2016* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *August 10, 2016* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: May 10, 2016

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court