INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-01529 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | CAHILL, MARIE A. | | | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 06/30/2021 | | | §341(a) Meeting Date: | 02/18/2016 |
| | | | | Claims Bar Date: | 08/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 5620 Laurel Ave La Grange, IL - 60525-0000 Cook | $270,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value updated by Debtor in Amended A/B filed 03/01/2016 (dkt #12) based on broker opinion. | | | | | |
| 2 | 2013 Subaru 20000 MILES | $17,000.00 | $0.00 | | $0.00 | FA |
| 3 | Household furniture, including antique furniture Debtor uses in home | $5,565.00 | $21,700.00 | OA | $0.00 | FA |
| Asset Notes: | Value updated per amended A/B filed 3/23/2016 (dkt #16); abandoned by order dated 11/22/2016 (dkt #52). | | | | | |
| 4 | Clothing | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Heartland Bank Checking | $2,141.03 | $2,041.03 | | $0.00 | $2,141.03 |
| Asset Notes: | Amount updated per Amended A/B filed 03/01/2016 (dkt #12). | | | | | |
| 6 | Heartland Bank Savings | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Heartland Bank Checking Account | $300.00 | $0.00 | | $0.00 | FA |
| 8 | 401(k) with Employer | $11,000.00 | $0.00 | | $0.00 | FA |
| 9 | Back Child Support for 36 months "Amount Unknown Child Support" | $18,000.00 | $0.00 | | $0.00 | FA |
| 10 | Gluten Free Genies LLC Checking Account (u) | $315.75 | $315.75 | | $0.00 | FA |
| Asset Notes: | Added by Amended A/B filed 03/01/2016 (dkt #12). | | | | | |
| 11 | Unscheduled 2015 Tax Refunds (state and federal) (u) | $3,938.00 | $3,938.00 | | $3,938.00 | FA |
| Asset Notes: | Added by Amended A/B filed 03/01/2016 (dkt #12); amount updated per amended A/B filed 6/1/2016 (dkt #26) | | | | | |
| 12 | Cause of action for recovery of diamond ring fraudulently transferred to Debtor's daughter (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Adversary No. 16 A 00517, seeking to avoid transfer of ring, dismissed on 01/19/2017. | | | | | |
| 13 | Cause of action pursued by Trustee's special counsel Hughes Socol Piers Resnick & Dym, Ltd. on behalf of the estate (u) | Unknown | $25,000.00 | | $0.00 | $25,000.00 |
| Asset Notes: | Added by amended schedule A/B filed 09/06/2016 (docket #42) | | | | | |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Asset** |
|---|---|---|---|---|---|
| | $330,059.78 | $52,994.78 | | $3,938.00 | $27,141.03 |

**Major Activities affecting case closing:**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 16-01529 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CAHILL, MARIE A. | | | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 06/30/2021 | | | §341(a) Meeting Date: | 02/18/2016 |
| | | | | Claims Bar Date: | 08/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | |
| --- | --- | --- |
| 06/16/2021 | 2021 Reporting Period: | |
| | The Qui Tam action has now been sustained by the Illinois Supreme Court. Mediation was thereafter held to resolve the litigation, but was unsuccessful. Accordingly, discovery, which is being conducted by the Trustee's special counsel, is ongoing. The Trustee has chosen not to liquidate at this time the Debtor's Heartland Bank checking account (asset no. 5) because the Qui Tam action may result in a surplus estate. | |
| 06/30/2020 | 2020 Reporting Period: | |
| | The defendants' petition for certiorari with the Illinois Supreme Court was granted in September 2019. The matter was then briefed and scheduled for oral argument in May via Zoom video conference; however, the Trustee's special counsel has advised that oral argument will be rescheduled for September, since his opposing counsel's family has contracted the coronavirus. Accordingly, while the litigation continues and will likely produce a meaningful distribution for creditors if successful, it is difficult to estimate at present the timing of its resolution. | |
| 06/30/2019 | 2019 Reporting Period: | |
| | Qui Tam litigation had been dismissed by the Circuit Court. However, the Illinois Appellate Court reversed that dismissal and remanded for further proceedings. The defendants have filed a petition for certiorari with the Ill. Supreme Court, which the trustee's special counsel believes has little merit. Accordingly, litigation continues, and no present date is available for resolution of this matter. If successful, litigation will likely produce a significant dividend. | |
| 06/11/2018 | 2018 Reporting Period: | |
| | To date, the Qui Tam litigation has not gone favorably to plaintiff. Litigation continues. | |
| 05/13/2017 | 2017 Reporting Period: | |
| | The Trustee was contacted by attorney Jose Behar, of Hughes Socol Piers Resnick & Dym, Ltd., regarding a potential cause of action which could yield significant damages for the estate. The Trustee retained the Hughes Socol firm as special counsel to pursue the claim on behalf of the estate. | |
| | Case will remain open pending the outcome of the litigation. | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2019 | **Current Projected Date Of Final Report (TFR):** | 06/30/2022 | /s/ DAVID LEIBOWITZ | |
| | | | | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 16-01529 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CAHILL, MARIE A. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5246 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Cahill, Marie |
| For Period Beginning: | 07/01/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2016 | (11) | MARIE CAHILL | Federal Income Tax Refund 2015 | 1224-000 | $3,673.00 | | $3,673.00 |
| 05/23/2016 | (11) | MARIE CAHILL | 2015 State Income Tax Refund | 1224-000 | $265.00 | | $3,938.00 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.31 | $3,933.69 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.14 | $3,927.55 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.33 | $3,921.22 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.32 | $3,914.90 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.52 | $3,908.38 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.90 | $3,902.48 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.09 | $3,896.39 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.28 | $3,890.11 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.27 | $3,883.84 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.66 | $3,878.18 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.66 | $3,871.52 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.64 | $3,865.88 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.23 | $3,859.65 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.42 | $3,853.23 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.81 | $3,847.42 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.20 | $3,841.22 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.19 | $3,835.03 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.98 | $3,829.05 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.97 | $3,823.08 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.16 | $3,816.92 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.15 | $3,810.77 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $5.55 | $3,805.22 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.33 | $3,798.89 |

**SUBTOTALS**  $3,938.00  $139.11

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 16-01529 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CAHILL, MARIE A. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5246 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Cahill, Marie |
| For Period Beginning: | 07/01/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $5.73 | $3,793.16 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.12 | $3,787.04 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.11 | $3,780.93 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $5.90 | $3,775.03 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.68 | $3,768.35 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.27 | $3,762.08 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.67 | $3,756.41 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.06 | $3,750.35 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.05 | $3,744.30 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.45 | $3,738.85 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.03 | $3,732.82 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.21 | $3,726.61 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.62 | $3,720.99 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.81 | $3,715.18 |

**SUBTOTALS** $0.00 $83.71

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-01529 | |
| **Case Name:** | CAHILL, MARIE A. | |
| **Primary Taxpayer ID #:** | **-***5246 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2020 | |
| **For Period Ending:** | 06/30/2021 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******2901 |
| **Account Title:** | Cahill, Marie |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,938.00 | $222.82 | $3,715.18 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,938.00 | $222.82 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,938.00 | $222.82 | |

**For the period of 07/01/2020 to 06/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $53.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/09/2016 to 6/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $3,938.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,938.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $222.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $222.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-01529 | |
| Case Name: | CAHILL, MARIE A. | |
| Primary Taxpayer ID #: | **-***5246 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2020 | |
| For Period Ending: | 06/30/2021 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******2901 |
| Account Title: | Cahill, Marie |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| | $3,938.00 | $222.82 | $3,715.18 |

**For the period of 07/01/2020 to 06/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $53.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/09/2016 to 6/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $3,938.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,938.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $222.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $222.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ