# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | ) | |
|---|---|---|
| IN RE: | ) | |
| Marie A. Cahill | ) | Bankruptcy No. 16 B 01529 |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | Judge David D. Cleary |

To:   See attached list

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on **January 18, 2023**, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Avenue, Chicago IL 60604, or electronically as described below, and present the attached **Objection to Claim #1**, a copy of which is hereby served upon you.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

> David P. Lloyd
> David P. Lloyd, Ltd
> 615B S. LaGrange Rd.
> LaGrange, IL 60525
> 708-937-1264/ Fax: 708-937-1265

# CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 20th day of December, 2022.

               /s/ David P. Lloyd
               David P. Lloyd

Rosario A. Picone, Jr.
510 S. East Avenue, 1st Floor
Oak Park IL  60304

- Max J Brady    mbrady@mwe.com

- Joel P Fonferko    bkpleadingsNORTHERN@il.cslegal.com

- Robert J Jumbeck    jjumbeck@mwe.com

- James Kapp    jkapp@mwe.com, dnorthrop@mwe.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com

- David P Leibowitz    dleibowitz@lodpl.com, il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com

- David P Leibowitz    dleibowitz@lodpl.com, ecf@lodpl.com;lawofficesofdavidpleibowitzllc@jubileebk.net

- David P Lloyd    courtdocs@davidlloydlaw.com

- Patrick A Meszaros    patrickmeszaros@yahoo.com, meszarospr92888@notify.bestcase.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Marie A. Cahill | ) | Bankruptcy No. 16 B 01529 |
| | ) | Chapter 7 |
| Debtor(s) | ) | Judge David D. Cleary |

## OBJECTION TO CLAIM #1 OF ROSARIO A. PICONE, JR.

NOW COMES Marie A. Cahill, the Debtor herein, by and through her attorney, David P. Lloyd, objecting to Claim Number 1 filed by Rosario A. Picone, Jr., and in support thereof states as follows:

1. The Debtor commenced this case by filing a voluntary Chapter 7 petition on January 19, 2016.

2. On February 25, 2016, Rosario A. Picone, Jr., filed a claim in the amount of $3,600.00 as a general unsecured claim. A copy of the proof of claim is attached hereto as Exhibit "A."

3. The proof of claim alleges a claim for "Additional amounts are owed for child support and children's expenses which have not been determined by court…Money owed for dental bill plus child support and children's expenses."

4. The proof of claim does not contain any attachment establishing any right to child support or children's expenses for any period prior to the filing of this case; nor does it contain any attachment establishing any right to recovery based on any dental bill.

5. In fact, the creditor was not entitled to any child support or reimbursement of children's expenses, including dental bills, at the time of the filing of this case.

6. On June 17, 2016, the Circuit Court of Cook County, Illinois entered an Agreed Order in Case No. 13 D 001926, determining that, in fact, the creditor Rosario Picone Jr. is liable to the Debtor for child support, and refraining from awarding any amounts to the creditor for child support or children's expenses. The creditor, Rosario Picone, Jr., executed a copy of that order. A copy of that order is attached hereto as Exhibit "B."

7. The Trustee is pursuing litigation that is likely to produce a recovery that far exceeds the total claims in this case; therefore, the Debtor has standing to pursue this claim objection.

8. To the extent the claim filed by this creditor is determined to be fraudulent, the creditor may be liable for criminal penalties under 18 U.S.C. §§152, 157, and 3571.

WHEREFORE the Debtor prays that Claim #1 of Rosario A. Picone, Jr., be disallowed in full.

Respectfully submitted,
Marie A. Cahill

By:\_\_\_/s/ David P. Lloyd_____
Her attorney

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525
708-937-1264
Fax: 708-937-1265